# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| ROGANOVIC, SIMONA Z § | Case No. 13-22613 |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### CLERK OF THE COURT

### U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, January 13, 2015 in Courtroom 644, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/05/2014     By: /s/ Barry A. Chatz, Trustee
                                    Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-22613-PSH
Simona Z Roganovic                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt              Page 1 of 2              Date Rcvd: Dec 08, 2014
                              Form ID: pdf006            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2014.
db           +Simona Z Roganovic,    5751 N Drake Ave,    Chicago, IL 60659-4401
20548149     +American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
21126415      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20548152     +At& T,   c/o Enhanced Recovery Co LLC,    8104 Bayberry Rd,    Jacksonville, FL 32256-7412
20988463     +Atlas Acquisitions LLC  (World Financial Networ),    294 Union St.,    Hackensack, NJ 07601-4303
20548153     +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
               Simi Valley, CA 93062-5170
20548154     +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Dr. #400,    Chicago, IL 60606-4440
20548155     +Blitt and Gaines, P.C.,    661 W. Glenn Avenue,    Wheeling, IL 60090-6017
20548159    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn:Centralize,
               Po Box 20507,    Kansas City, MO 64195)
20548156     +Chase,   Po Box 24696,    Columbus, OH 43224-0696
20548157      Children's Book Of the Month Club,    c/o Penn Credit,    916  S 14th St, PO Box 988,
               Harrisburg, PA 17108-0988
20548158     +Chrysler Financial,    c/o Freedman Anselmo Lindberg LLC,    1807 W Diehl Rd #333, PO box 3228,
               Naperville, IL 60566-3228
20609655     +Deutschebank National Trust,    c/o Fisher & Shapiro,    2121 Waukegan Rd #301,
               Bannockburn, IL 60015-1831
20548164      LVNV Funding LLC,    World Fin Network NA c/o WeltmanWei,    323 W Lakeside Ave #200,
               Cleveland, OH 44113-1009
20548167     +Northbrook Bank,    c/o Crowley & Lamb PC,    221 N LaSalle Street #1550,
               Chicago, IL 60601-1224
21243090     +Northbrook Bank & Trust Company,    successor in interest to Ravenswood Bank,
               c/o Crowley & Lamb, P.C.,    221 N. LaSalle St., Suite 1550,    Chicago, IL 60601-1224
20548171    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    Po Box 41067,
               Norfolk, VA 23541)
21320503      Pavel & Aise Zissu,    6259 N. Karlov,    Chicago, IL 60646
20548168     +Pavel Zissu,    6249 N Karlov,    Chicago, IL 60646-5105
20609658     +Pavel Zissu,    5751 N Drake,    Chicago, IL 60659-4401
20548169     +Pavel Zissu & Aise Zissu,    6249 N Karlov,    Chicago, IL 60646-5105
20548170    #+Pentagroup Financial,    5959 Corporate Dr.,    Suite 1400,    Houston, TX 77036-2311
20548172     +Precision Recovery Analytics Inc,    c/o Shindler Law Firm,    1990 E Algonquin Rd #180,
               Schaumburg, IL 60173-4164
20609657     +Ruth Baly,    1560 N Sandburg Terrace #305,    Chicago, IL 60610-1337
20548175     +Wheaton Bank And Trust,    211 S Wheaton Avenue,    Wheaton, IL 60187-5256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20548150      E-mail/Text: ebn@americollect.com Dec 09 2014 00:48:31     Americollect,    Attn: Bankruptcy,
               Po Box 1566,   Manitowoc, WI 54221
20992239      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 09 2014 00:53:04
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
21005087     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 09 2014 00:48:12
               Asset Acceptance LLC assignee GEMB/,    Care Credit Dental,    PO Box 2036,
               Warren, MI 48090-2036
20548151     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 09 2014 00:48:12     Asset Acceptance Llc,
               Po Box 1630,    Warren, MI 48090-1630
20650114     +E-mail/Text: bnc@atlasacq.com Dec 09 2014 00:47:27     Atlas Acquisitions LLC,    c/o Avi Schild,
               294 Union St.,    Hackensack, NJ 07601-4303
21059066     +E-mail/Text: bankruptcy@cavps.com Dec 09 2014 00:49:04     Cavalry SPV II, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
20548160     +E-mail/Text: electronicbkydocs@nelnet.net Dec 09 2014 00:48:27     Dept Of Education/neln,
               121 S 13th St,    Lincoln, NE 68508-1904
20548161     +E-mail/Text: data_processing@fin-rec.com Dec 09 2014 00:47:48
               Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
20548162     +E-mail/Text: jhoevel@hoevellaw.com Dec 09 2014 00:47:27     Hoevel And Associates,
               3725 N Western Ave,    Chicago, IL 60618-4705
20609656      E-mail/Text: cio.bncmail@irs.gov Dec 09 2014 00:47:41     IRS- Notice (2011),    PO Box 7346,
               Philadelphia, PA 19101-7346
20548163     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 09 2014 00:54:39     Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
20548165     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 09 2014 00:48:17     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
21023076     +E-mail/Text: electronicbkydocs@nelnet.net Dec 09 2014 00:48:27
               Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
               3015 South Parker Road Suite 400,    Aurora CO 80014-2904
20548166     +E-mail/Text: bnc@nordstrom.com Dec 09 2014 00:47:34     Nordstrom FSB,
               Attention:  Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
20548173      E-mail/Text: rjm@ebn.phinsolutions.com Dec 09 2014 00:47:56     RJM AcquisitionsLLC,
               575 Underhill Blvd #224,    Syosset, NY 11791-4437
20992115     +E-mail/Text: rjm@ebn.phinsolutions.com Dec 09 2014 00:47:56     Rjm Acquisitions Llc,
               575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437

```
District/off: 0752-1          User: dpruitt              Page 2 of 2                  Date Rcvd: Dec 08, 2014
                              Form ID: pdf006            Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
20548174        +E-mail/Text: bankruptcy@sw-credit.com Dec 09 2014 00:48:25     Southwest Credit Syste,
                 4120 International Parkway Suite 1100,   Carrollton, TX 75007-1958
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20609659          2130 W Foster LLC
20609660*       +Deutschebank National Trust,   c/o Fisher & Shapiro,   2121 Waukegan Rd #301,
                 Bannockburn, IL 60015-1831
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2014 at the address(es) listed below:
```
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Daniel J Winter    on behalf of Debtor Simona Z Roganovic djw@dwinterlaw.com,
               djwlaw@gmail.com,r.m.engelmann@gmail.com,lgdanwinter@gmail.com,kasiadanwinter@gmail.com
              Francis J. Pendergast, III    on behalf of Creditor    Northbrook Bank and Trust Company, as
               successor in interest to Ravenswood Bank fpendergast@crowleylamb.com,
               ibenavides@crowleylamb.com;docket@crowleylamb.com
              Jennifer E Frick    on behalf of Creditor    Northbrook Bank and Trust Company, as successor in
               interest to Ravenswood Bank jfrick@crowleylamb.com,
               luribe@crowleylamb.com;docket@crowleylamb.com
              Joseph D Frank    on behalf of Trustee Barry A Chatz jfrank@fgllp.com,
               ccarpenter@fgllp.com;jkleinman@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Reed A Heiligman    on behalf of Trustee Barry A Chatz rheiligman@fgllp.com,   ccarpenter@fgllp.com
              Ross T Brand    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               rbrand@fisherandshapirolaw.com,   bknotice@klueverplatt.com
              William J. Hurley, III    on behalf of Creditor    Northbrook Bank and Trust Company, as successor
               in interest to Ravenswood Bank whurley@crowleylamb.com,
               dgrech@crowleylamb.com;docket@crowleylamb.com
                                                                                                TOTAL: 9
```