UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
SIMONA Z ROGANOVIC § Case No. 13-22613
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: |  |  |  |  |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on      . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/BARRY A. CHATZ_____
                                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE BARRY A. CHATZ | | | | | |
| TRUSTEE BARRY A. CHATZ | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 3 | AMERICAN INFOSOURCE-MIDLAND FUNDING | | | | | |
| 4 | AMERICAN INFOSOURCE-MIDLAND FUNDING | | | | | |
| 5 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB/ | | | | | |
| 1 | ATLAS ACQUISITIONS LLC (WORLD FINAN | | | | | |
| 7 | CAVALRY SPV II, LLC | | | | | |
| 6 | NELNET ON BEHALF OF US DEPT OF EDUC | | | | | |
| 9 | NORTHBROOK BANK & TRUST COMPANY | | | | | |
| 2 | RJM ACQUISITIONS LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-22613 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | SIMONA Z ROGANOVIC | | | | Date Filed (f) or Converted (c): | 05/30/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/24/2013 |
| For Period Ending: | 04/16/2015 | | | | Claims Bar Date: | 12/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 115,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL PROPERTY | 390,000.00 | 0.00 | | 0.00 | FA |
| 3. REAL PROPERTY | 220,000.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNTS | 500.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 150.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. VEHICLES | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. PREFERENCE SETTLEMENT (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $730,150.00 | $20,000.00 | | $20,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S HAS REACHED SETTTLEMENT WITH DEBTOR'S FATHER TO SETTLE PREFERENCE ACTION FOR $20,000

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 1560 N SANDBURG TERRACE, #305<br>CHICAGO, IL 60610<br>(AISE ZISSU ON DEED - DEBTOR DOES NOT OWN AND IS ONLY ON NOTE) |
| RE PROP # | 2 | -- | RESIDENCE - 5751 N DRAKE, CHICAGO, IL |
| RE PROP # | 3 | -- | 6249 N KARLOV<br>CHICAGO, IL<br><br>(IN FORECLOSURE) |
| RE PROP # | 4 | -- | CHASE BANK CHECKING |
| RE PROP # | 5 | -- | HOUSEHOLD GOODS |
| RE PROP # | 6 | -- | CLOTHES |
| RE PROP # | 7 | -- | MISC. JEWELRY |
| RE PROP # | 8 | -- | 2000 AUDI A6 (165,000 MILES) |
| RE PROP # | 9 | -- | FRAUDULENT CONVEYANCE OF INTEREST IN LLC AND PARCEL OF REAL PROPERTY |

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2014

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-22613 | Trustee Name: | BARRY A. CHATZ |
| Case Name: SIMONA Z ROGANOVIC | Bank Name: | The Bank of New York Mellon |
| | Account Number/CD#: | XXXXXX9602 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1474 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 04/16/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/14 | 9 | AISE ZISSU<br>6249 N. Karlov AvenueChicago, IL 60646-5105 | PREFERENCE SETTLEMENT | 1241-000 | $5,000.00 | | $5,000.00 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,990.00 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,980.00 |
| 11/11/14 | 9 | JOHNSON LEGAL GROUP LLC IOLTA<br>39 S. LASALLE STREET, SUITE 820CHICAGO, IL 60603 | PREFERENCE SETTLEMENT | 1241-000 | $15,000.00 | | $19,980.00 |
| 01/20/15 | 300001 | FRANKGECKER LLP<br>325 North LaSalle StreetSuite 625Chicago, IL 60654 | Claim 000011A, Payment 100.00% | 3210-000 | | $8,184.50 | $11,795.50 |
| 01/20/15 | 300002 | FRANKGECKER LLP<br>325 North LaSalle StreetSuite 625Chicago, IL 60654 | Claim 000011B, Payment 100.00% | 3220-000 | | $69.31 | $11,726.19 |
| 01/20/15 | 300003 | BARRY A. CHATZ, TRUSTEE<br>120 South Riverside PlazaSuite 1200Chicago, IL 60606 | Claim 000012A, Payment 100.00% | 2100-000 | | $2,750.00 | $8,976.19 |
| 01/20/15 | 300004 | BARRY A. CHATZ, TRUSTEE<br>120 South Riverside PlazaSuite 1200Chicago, IL 60606 | Claim 000012B, Payment 100.00% | 2200-000 | | $79.69 | $8,896.50 |
| 01/20/15 | 300005 | ATLAS ACQUISITIONS LLC (WORLD FINAN<br>(WORLD FINANCIAL NETWORK)294 UNION ST.HACKENSACK, NJ 07601 | Claim 000001, Payment 1.29% | 7100-000 | | $35.71 | $8,860.79 |
| 01/20/15 | 300006 | United States Bankruptcy Court<br>IL | Claim 000002, Payment 1.29%<br>RJM ACQUISITIONS LLC<br>575 UNDERHILL BLVD, SUITE 224<br>SYOSSET, NY 11791(2-1)<br>CLUB PURCHASES | 7100-000 | | $2.07 | $8,858.72 |
| 01/20/15 | 300007 | AMERICAN INFOSOURCE-MIDLAND FUNDING<br>PO BOX 268941OKLAHOMA CITY, OK 73126-8941 | Claim 000003, Payment 1.29% | 7100-000 | | $9.93 | $8,848.79 |

| | | | Page Subtotals: | | $20,000.00 | $11,151.21 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 8)*

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-22613 | Trustee Name: BARRY A. CHATZ |
| Case Name: SIMONA Z ROGANOVIC | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9602 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1474 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/16/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/15 | 300008 | AMERICAN INFOSOURCE-MIDLAND FUNDING<br><br>PO BOX 268941 OKLAHOMA CITY, OK 73126-8941 | Claim 000004, Payment 1.29% | 7100-000 | | $36.66 | $8,812.13 |
| 01/20/15 | 300009 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB/<br><br>CARE CREDIT DENTAL<br>PO BOX 2036<br>WARREN, MI 48090 | Claim 000005, Payment 1.29%<br>(5-1) MODIFIED TO CORRECT CREDITOR'S NAME (09/20/2013) TRM | 7100-000 | | $77.48 | $8,734.65 |
| 01/20/15 | 300010 | NELNET ON BEHALF OF US DEPT OF EDUC<br><br>U.S. DEPT OF EDUCATION<br>3015 SOUTH PARKER ROAD SUITE 400<br>AURORA CO 80014 | Claim 000006, Payment 1.29% | 7100-000 | | $507.09 | $8,227.56 |
| 01/20/15 | 300011 | CAVALRY SPV II, LLC<br><br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Claim 000007, Payment 1.29%<br>(7-1) CAVALRY SPV II, LLC AS ASSIGNEE OF GE MONEY BANK/ GECAF-ABT TV | 7100-000 | | $64.11 | $8,163.45 |
| 01/20/15 | 300012 | AMERICAN EXPRESS CENTURION BANK<br><br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000008, Payment 1.29%<br>(8-1) CREDIT CARD DEBT | 7100-000 | | $34.56 | $8,128.89 |
| 01/20/15 | 300013 | NORTHBROOK BANK & TRUST COMPANY SUCCESSOR TO RAVENSWOOD BANK C/O CROWLEY & LAMB, P.C. 221 N. LASALLE ST., SUITE 1550 CHICAGO, IL 60601 | Claim 000009, Payment 1.29% | 7100-000 | | $8,128.89 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Page Subtotals: | $0.00 | $8,848.79 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page: 3

|  | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9602 - Checking Account (Non-Interest Earn | $20,000.00 | $20,000.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:    $0.00    $0.00